**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: September 08, 2010**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10-57397 |
| | ) | |
| CHESTER WAYNE COULTER, | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Preston |
| | ) | |

**AGREED ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO DETERMINE EXCESSIVENESS OF FEES (Docket No. 20)**

This matter came on for consideration upon the United States Trustee's ("UST") Motion to Determine Excessiveness of Fees (Docket No. 20) and the Debtor's Response thereto (Docket No. 26). The United States Trustee also filed a Motion to Dismiss (Docket No. 18) which is rendered moot by this Court's Order dismissing the case (Docket No. 29). The parties have reached an agreement regarding the pending Motion. Debtor's Counsel ("Attorney Theodotou") has not received any fees to date.

Good cause appearing, therefore:

**IT IS THEREFORE ORDERED** that the Motion to Determine Excessiveness of Fees be and it is hereby GRANTED.

**IT IS FURTHER ORDERED** that the fee agreement between the Debtor and Attorney Theodotou be and it is hereby CANCELED.

**IT IS FURTHER ORDERED** that Attorney Theodotou shall not collect, nor is she entitled to collect, any attorney fees relative to this case.

**IT IS FURTHER ORDERED** that in the event the case is re-filed by Attorney Theodotou, Attorney Theodotou shall not accept attorney fees in that case.

**IT IS FURTHER ORDERED** that in the event the case is re-filed by Attorney Theodotou, the Debtor shall not be responsible for the filing fee to re-file the case.

**IT IS FURTHER ORDERED** that within ten (10) days from the entry of this Order, Attorney Theodotou shall file proof that she has contacted the Chair of the Columbus Bar Association's Bankruptcy Committee and/or Chair of the Bankruptcy Liaison Committee, to have an attorney mentor assigned to assist her development.

**IT IS SO ORDERED**.

AGREED AS TO FORM AND CONTENT:

Daniel M. McDermott
United States Trustee
Region 9

By:      /s/Pamela Arndt
Pamela Arndt
Attorney for the U.S. Trustee
170 North High Street, Suite 200
Columbus, OH 43215
Telephone:  (614) 469-7411 ext. 225
Facsimile:  (614) 469-7448
E-mail:  Pamela.D.Rice@usdoj.gov

 /s/ Pamela Irene Theodotou - permission for electronic signature granted via e-mail 9/6/10

Pamela Irene Theodotou

Theodotou & Associates

2108 Palouse Drive

London, OH  43140

Telephone:  (888) 882-5610

Email: pam.theodotou@gmail.com

COPIES TO:

Default List

###